## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **IN RE:** | **CASE NO. 09-01669 (ESL)** |
| **Residential Partners, S.E.** | **CHAPTER 7** |
| **Debtors** | |

### MOTION TO WITHDRAW UNCLAIMED FUNDS

**TO THE HONORABLE COURT**:

**COME NOW, Jairo Camargo, Attorney in Fact for Yolanda Vazquez Díaz** *(hereinafter the "claimant")*, represented by their undersigned attorney and to this Honorable Court very most respectfully state and pray:

1.    The herein appearing party was a claimant in the above referenced case.  As per Local Rule 3011-1(b)(2)(A), claimants includes a copy of her passport and her social security number is ###-##-4058.

2.    The Bankruptcy Court currently holds ***$2,000.00*** in registry of the Clerk of the Bankruptcy Court as unclaimed funds, which were destined for the claimant.

3.    In support of this Motion, claimant includes an affidavit of her previous address where she was scheduled in the bankruptcy proceedings, but where she no longer receives mail.

4.    The claimant has appointed ***Mr. Jairo Camargo*** as her Attorney in Fact to seek the recovery of said unclaimed funds on its behalf and authorized

1

the Court to issue the payment of any uncollected funds in the present case to be issued in favor of the claimant and Mr. Jairo Camargo. As required by Local Rule 3011-1(b)(2)(D), copy of the Limited Power of Attorney is attached to this Motion.

5.     The appearing party herein respectfully requests that the Court issue an Order for the Clerk of the Bankruptcy Court to pay the unclaimed funds in the amount of *$2,000.00* held in favor of claimants, payable to **Yolanda Vazquez Díaz *and Jairo Camargo,*** and send said payment to Atty. Rafael A. Gonzalez Valiente at P.O. Box 9022512, San Juan P.R. 00902-2512.

**WHEREFORE**, it is hereby respectfully requested from this Honorable Court to take note of the above and issue an Order for the Clerk of the Bankruptcy Court to pay said unclaimed funds in the amount of *$2,000.00* held in favor of claimants, payable to **Yolanda   Vazquez   Díaz *and Jairo Camargo*** and to send said payment to Atty. Rafael A. González Valiente at P.O. Box 9022512, San Juan P.R. 00902-2512.

**RESPECTFULLY SUBMITTED**.

In San Juan, Puerto Rico, this 14th day of June of 2013.

NOTICE TO ALL CREDITORS AND PARTIES IN INTEREST

Within fourteen (14) days after service as evidenced by the certification – and an additional three (3) days pursuant to Fed. R. Bankr. P. 9006(f) if you were served by mail – any party against whom this paper has been served, or any other party to the action who objects to the relief sought herein, must serve and file an objection or other appropriate response to this paper with the Clerk's Office of the U.S. Bankruptcy Court for the District of Puerto Rico. If no objection or other response is timely filed within the time allowed herein, the paper will be deemed unopposed,

2

unless: (1) the requested relief is forbidden by law; (2) the requested relief is against public policy; or (3) in the opinion of the Court, the interest of justice otherwise requires.

**CERTIFICATE OF SERVICE** I hereby certify that on this same date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the **_Assistant US Trustee_**, and all participants of CM/ECF.  In addition a copy of this Motion is being sent to the U.S. Attorney at Torre Chardon, Oficina 1201, 350 Ave. Carlos Chardon, San Juan, PR 00918; Assistant U.S. Trustee at Office of the US Trustee, 500 Tanca St., Suite 301, San Juan, PR 00901; Wilfredo Segarra (Chapter 7 Trusttee) at PO Box 9023385, San Juan, PR 00902-3385;  Yolanda Vazquez Díaz c/o Jairo Camargo, P.O. Box 546293, Miami Beach, FL 33154; Residential Partners at 116 Calle Mimosa, urb. Santa Maria, San Juan PR 00927; and Noemi Landrau Rivera, PO Box, 270219, San Juan PR 00927-0219.

/s/ *Rafael A. González Valiente*
**USDC NO. 225209**
**Látimer, Biaggi, Rachid & Godreau**
PO BOX 9022512
SAN JUAN, PR 00902-2512
☎TEL. (787)724-0230 / 🖷FAX (787) 724-9171

*G:\RGonzalez\Adams & Cohen\Yolanda Vazquez\Motion to Withdraw Unclaimed Funds (Vazquez).doc*



P<USAVAZQUEZ<DIAZ<<YOLANDA<IVETTE<<<<<<<<<<<<
4672459373USA7101043F2003072049447860<728304

## <u>AFFIDAVIT OF PREVIOUS ADDRESS</u>

I, Yolanda Vazquez, state the following:

That, I previously used the following address: **HC 0866 Box 5464, Fajardo, PR 00738.** I do not have any documentation showing I used the above mentioned address because it has been over five years since I used this address.

I hereby certify that the foregoing statement is true and correct.

_____
Yolanda Vazquez (Affiant)

SWORN AND SUBSCRIBED before me on this ___4___ day of _June_, 2013.

_____
Notary Public

My commission expires: _10/01/13_



DENISSE ORELLANA
Notary Public, State of Texas
My Commission Expires
October 01, 2013

## LIMITED POWER OF ATTORNEY
### (For one transaction only)

I, Yolanda Vazquez Diaz, do hereby grant to *ADAMS & COHEN*, my sole true and lawful attorney-in-fact for me and my name, place and stead, giving unto my attorney-in-fact full power to do and perform, on an exclusive basis, all and every act not constituting the practice of law that I may legally do through an attorney-in-fact, for the following **limited purpose only and for no other:**

To reclaim, recover, and return unclaimed funds in the amount of **$2,000.00.**

**This Limited Power of Attorney is specifically limited to the collection and disbursement of the above named funds and shall expire upon completion of this collection.** I authorize the use of a photocopy of this Power of Attorney, in lieu of the original.

I do hereby certify that the foregoing is true and correct.

_____
Signature

---

## NOTARY ACKNOWLEDGMENT

State of _Texas_

SUBSCRIBED AND SWORN on the _4_ day of _June_____, 2013 before me, personally appeared _Yolanda T. Vazquez Diaz_, personally known to me or proved to me on the basis of satisfactory evidence (see identification below) to be the person whose name is subscribed to within instrument and acknowledgment to me, that they executed the same in their authorized capacity, and that by their signature on the instrument the person or their entity upon behalf of which the person acted executed the instrument.

**Identification for the above named was Drivers License No. (or specify other identification):** _Passport # 467245937_

WITNESS my hand and official seal,

Signature_____
Notary Public

My commission expires:  _10/0/2013_



DENISSE ORELLANA
Notary Public, State of Texas
My Commission Expires
October 01, 2013

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF PUERTO RICO

| IN RE: | CASE NO. 09-01669 (ESL) |
|---|---|
| **Residential Partners, S.E.** | **CHAPTER 7** |
| **Debtor** | |

### ORDER FOR PAYMENT OF UNCLAIMED FUNDS

Upon Motion to Withdraw Unclaimed Funds, filed by Mr. Jairo A. Camargo on behalf of Yolanda Vazquez Díaz (claimant(s) or successor(s) in interest to original claimant) and in accordance with the provisions of 28 U.S.C. §2042, it is

**ORDERED** that, following review by the Clerk of the Motion to Withdraw Unclaimed Funds and Power of Attorney, the Clerk is directed to remit to *Jairo Camargo*, the "Funds Locator/Attorney in Fact" retained by the claimants **Yolanda Vazquez Díaz** the sum of *$2,000.00*, now held as unclaimed funds in the treasury for the original claimants **Yolanda Vazquez Díaz.**

Where claimant has retained a "Funds Locator/Attorney in Fact", the check for these funds shall be issued in the name of the claimants and Jairo Camargo and shall be mailed to Atty. Rafael A. González Valiente at P.O. Box 9022512, San Juan P.R. 00902-2512.

**ORDERED** in San Juan Puerto Rico on _____.

_____
U.S. Bankruptcy Judge

1